IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NEBRASKALAND NATIONAL BANK, a National Banking Association, | ) ) ) | |
| Plaintiff, | ) ) | 4:08CV3169 |
| v. | ) ) ) | |
| JON M. HARDER, KRISTIN P. HARDER, DARRYL E. FISHER, and CAROL L. FISHER, | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

Plaintiff's motion to dismiss without prejudice, filing 13, is granted and this matter is dismissed without prejudice at plaintiff's cost.

DATED this 7th day of October, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge